USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
PEERS BUSINESS INC.,                                           :
                                                               :
                                                               :
                                          Petitioner,          :         1:25-cv-9347-GHW
                                                               :
                       -against-                               :
                                                               :         ORDER
NAVIOS SOUTH AMERICAN LOGISTICS,                               :
INC., *et al.*,                                                :
                                                               :
                                          Respondents.         :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of New York, on November 9, 2025. Dkt. No. 1. On November 12, 2025, the Court ordered Respondents to show cause why this case should not be remanded to the state court for lack of subject matter jurisdiction.[1] Dkt. No. 16. That same day, Respondents filed an application for the Court to issue an order to show cause. *See* Dkt. Nos. 8–13. Petitioner also filed a letter requesting a pre-motion conference for a proposed motion to remand. Dkt. No. 15.

---

[1] The Court's order referred to "Plaintiff" and "Defendants." For avoidance of doubt, "Plaintiff" referred to petitioner Peer Business Inc., and "Defendants" referred to Respondents in this case.

2

The Court will not act on the parties' requests until the Court's order to show cause is resolved. The Court ordered Respondents to show cause why this case should not be remanded for lack of subject matter jurisdiction no later than December 12, 2025. Dkt. No. 16. The deadline for their response is advanced to November 19, 2025.

SO ORDERED.

Dated: November 13, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge