```
                                                          USDC SDNY
                                                          DOCUMENT
                                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                              DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                             DATE FILED: 11/20/2025
------------------------------------------------------------- X
                                                    :
PEERS BUSINESS INC.,                                :
                                                    :
                              Petitioner,           :     1:25-cv-9347-GHW
                                                    :
              -v-                                   :     ORDER
                                                    :
NAVIOS SOUTH AMERICAN LOGISTICS,                    :
INC., et al.,                                       :
                                                    :
                              Respondents.          :
                                                    :
------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On November 9, 2025, Respondents removed this case from the New York Supreme Court, County of New York. Dkt. No. 1. On November 12, 2025, the Court issued an order to show cause why this cause should not be remanded for lack of subject matter jurisdiction. Dkt. No. 16. Respondents filed a brief in response to the Court's order on November 19, 2025. Dkt. No. 19.

At this time, the Court will not take further action on its order to show cause. The Court's decision does not reflect any decision regarding the merits of the argument presented in Respondents' brief. The Court will entertain any arguments presented by the parties in motion practice.

On November 12, 2025, Petitioner filed a letter requesting leave to file a motion to remand. Dkt. No. 15.  The Court will hold a telephonic conference on Petitioner's request on November 25, 2025 at 3:00 p.m.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

    SO ORDERED.

Dated: November 20, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge