UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

PEERS BUSINESS INC.,

                                 Petitioner,

                    -v-

NAVIOS SOUTH AMERICAN LOGISTICS,
INC., *et al.,*

                         Respondents.

------------------------------------------------------------------ X

:                        1:25-cv-9347-GHW

:                      <u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2026

GREGORY H. WOODS, United States District Judge:

     For the reasons stated on the record during the conference held on May 6, 2026, Petitioner's

motion to remand is GRANTED and their request for fees is DENIED.  The Clerk of Court is

directed to close all pending motions and to remand this case to New York State Supreme Court in

New York County without delay.

     SO ORDERED.

Dated:  May 6, 2026
          New York, New York

                                               _____
                                                GREGORY H. WOODS
                                          United States District Judge